```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/2020
```

# BakerHostetler

*The request to adjourn the initial pretrial conference is denied. The Court will hear from the parties at the time on the question of whether discovery should be stayed, in whole or in part, and will also expect the parties to be prepared to address the potential for settlement of this action.*

Baker & Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Amanda L. Van Hoose Garofalo
direct dial: 212.589.4610
agarofalo@bakerlaw.com

SO ORDERED:    DATE: 1/24/2020

_____
DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

January 21, 2020

**VIA ECF AS LETTER MOTION**

The Honorable Laura Taylor Swain, U.S.D.J.
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   ***Steven Matzura v. Red Lobster Hospitality LLC***
           **Case No. 1:19-cv-09929 (LTS) (DCF)**

Dear Judge Swain:

Pursuant to Your Honor's Individual Rules of Practice, we write to respectfully request an adjournment of the initial pretrial conference, currently scheduled for February 20, 2020, and a stay of all discovery and discovery deadlines in this case pending on a ruling on Defendant's Motion to Dismiss, which was filed with this Court on January 21, 2020.

This is the first request for an adjournment of the initial pretrial conference and is sought in order for the parties and the Court to avoid spending time and resources on a case that may, ultimately, be dismissed. The parties have conferred, and Plaintiff's counsel consents to this request.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Amanda L. Van Hoose Garofalo*
    Amanda L. Van Hoose Garofalo

cc: All counsel of record (via email)