**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
STEVEN MARZURA, individually and on
behalf of all other persons similarly situated,

                    Plaintiff,

  -against-

RED LOBSTER HOSPITALITY LLC,

                    Defendant.
-----------------------------------------------------------X

19 **CIVIL** 9929 (MKV)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 6, 2020, the motion to dismiss the complaint is GRANTED. While Plaintiff failed to correct the standing deficiencies in his original complaint despite being on placed on notice of the same through Defendant's first motion to dismiss, he will be given one final opportunity to do so. Any request for leave to amend a second time must be accompanied by a proposed Second Amended Complaint that sufficiently resolves the standing issues. Accordingly, the case is dismissed without prejudice.

**Dated:** New York, New York

       July 8, 2020

                                      **RUBY J. KRAJICK**
                                        Clerk of Court
                    BY:

                                          **Deputy Clerk**